

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00815-CV

**IN RE** Monica Martinez **RAMIREZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

On November 21, 2018, this court denied relator's petition for writ of mandamus. On December 4, 2018, relator filed a motion requesting en banc reconsideration. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on December 6, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2004EM5-00428, styled *In the Interest of M.J.A., A Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.